UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONILDO C.,[1]<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.<br>Respondents. | No. 1:26-cv-08567-TLN-CKD<br>A# 222-592-903<br>**ORDER** |

Before the Court is Petitioner Ronildo C.'s ("Petitioner") Petition for Writ of Habeas Corpus (ECF No. 1). Respondents responded on October 23, 2026, stating that Petitioner was given a bond hearing on September 1, 2026 and he was granted bond. (ECF No. 7.) Respondents shall file a recording of the September 1, 2026 bond hearing **no later than October 30, 2026**.

Additionally, in light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Therefore, the Court hereby appoints counsel.

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

**Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for Petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's *Pro Hac Vice* admission to practice before this Court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.

**Within seven (7) court days of the Court's Order identifying appointed counsel,** counsel shall file a reply brief to Respondents' response to the Petition (ECF No. 7) and/or an amended petition, if preferred.

The Clerk of the Court shall serve a copy of this Order, the § 2241 Petition (ECF No. 1), and Respondents' response (ECF No. 7) on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

DATED: October 26, 2026

Troy L. Nunley
Chief United States District Judge